UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
SAEED S. AOBAD                                                :
                                                              :   ORDER
                    Plaintiff,                                :   23 Civ. 1730 (JPO) (GWG)
                                                              :
    -v.-                                                      :
                                                              :
BUILDING SERVICE 32 BJ PENSION FUND                           :
et al.,                                                       :
                                                              :
                    Defendant.                                :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The pro se plaintiff in this matter has made an application for the Court to request counsel (see Docket # 40 ). Applying the factors set forth in Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), the Court denies the request on the ground that the application together with the other papers filed in this action do not at this time demonstrate that plaintiff's claim is likely to be of sufficient substance to warrant seeking volunteer counsel. In addition, the case is not of such a character that plaintiff will be unable to address relevant facts or deal with other issues that may be expected to be raised. The Court notes that attorney's fees are available for claims such as plaintiff's, thus providing readily available counsel in meritorious cases.

The Court will seek the appointment of counsel without further request by plaintiff if future review of this matter demonstrates that the appointment of counsel is warranted.

SO ORDERED.

Dated: August 11, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge