UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SAEED S. AOBAD                                              :
                                                            :    ORDER
                    Plaintiff,                              :    23  Civ.  1730 (JPO) (GWG)
                                                            :
        -v.-                                                :
                                                            :
BUILDING SERVICE 32 BJ PENSION FUND                         :
et al.,                                                     :
                                                            :
                    Defendant.                              :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The deadlines for conducting discovery and for the filing of any summary judgment motion having expired, the plaintiff shall file the "concise, written Pretrial Statement" required by paragraph 13 of Judge Oetken's Individual Rules and Practices in Civil Pro Se Cases on or before February 9, 2023.  As stated in those rules, the statement must contain the following:

> (1) a statement of the facts the pro se party intends to prove at trial; (2) a list of all documents or other physical objects that the party plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses whom the party intends to have testify at trial. The Statement must be sworn by the pro se party to be true and accurate based on the facts known by the party.

On or before February 23, 2023, defendants shall file and serve a similar statement of their case containing the same information.

Plaintiff is warned that if he fails to file this statement, this case may be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rule of Civil Procedure.  Once again, plaintiff should be aware that the New York Legal Assistance clinic ((212) 659-6190) may be available to provide legal assistance to plaintiff in this case.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge