UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                       :

SAEED S. AOBAD

                                       :         <u>ORDER</u>
                   Plaintiff,                23 Civ. 1730 (JPO) (GWG)
                                         :

       -v.-

                                         :

BUILDING SERVICE 32 BJ PENSION FUND
et al.,                                         :

                Defendant.        :
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

        On January 22, 2024, the Court ordered the plaintiff to file the "concise, written Pretrial Statement" required by paragraph 13 of Judge Oetken's Individual Rules and Practices in Civil Pro Se Cases.  <u>See</u> Order, filed Jan. 22, 2024 (Docket # 19).  In the same order, the Court warned plaintiff that if he failed to file this statement, this case may be dismissed.  The deadline has since passed and plaintiff has failed to file the Pretrial Statement.

        The Court will give plaintiff one final opportunity to file his Pretrial Statement.  <u>Such statement must be filed on or before March 11, 2024</u>.  As stated in Judge Oetken's rules, the statement must contain the following:

> (1) a statement of the facts the pro se party intends to prove at trial; (2) a list of all documents or other physical objects that the party plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses whom the party intends to have testify at trial. The Statement must be sworn by the pro se party to be true and accurate based on the facts known by the party.

        If plaintiff fails to file this statement by the deadline, <u>this case may be dismissed</u> for failure to prosecute pursuant to Rule 41 of the Federal Rule of Civil Procedure or for failure to comply with a pretrial order under Rule 16(f)(1)(C) of the Federal Rules of Civil Procedure.

        If plaintiff files such a statement, defendants shall file and serve a similar statement of their case containing the same information by March 25, 2024.

        Plaintiff is strongly encouraged to contact the New York Legal Assistance clinic ((212) 659-6190) to see if it can provide legal assistance to plaintiff in this case. Also, the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with filing procedures.

SO ORDERED.

Dated:  February 26, 2024
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge