UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAEED S. AOBAD                            :

                                          :    ORDER

          Plaintiff,                :    23 Civ. 1730 (JPO) (GWG)

    -v.-                                  :

                                          :

BUILDING SERVICE 32 BJ PENSION FUND       :
et al.,

                                          :

          Defendants.               :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    A telephone conference to discuss the status of this matter shall take place on Wednesday, December 11, 2024, at 11:30 a.m.

    At the above date and time, the parties shall dial 646-453-4442 and use access code: 985 995 955#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

    When addressing the Court, counsel must _not_ use a speakerphone.

    Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

    SO ORDERED.

Dated: December 3, 2024
      New York, New York

                                            _____

                                      GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge