# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW

2125 CENTER AVENUE, SUITE 100

FORT LEE, NEW JERSEY 07024

Tel: (201)292-0150

Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

————

* ADMITTED IN NY AND NJ
** ADMITTED IN NY AND CT
*** ADMITTED IN NY AND FLA
****ADMITTED IN NY, NJ AND MD

MAURA E. BREEN**
SAMUEL R. BLOOM****

## MEMORANDUM ENDORSED

December 3, 2024

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

Re:     Aobad v. Building Service 32BJ Pension Fund, et al.
          SDNY Docket No 23-CV-1730 (JPO)(GWG)

Dear Magistrate Gorenstein,

The undersigned is counsel to the Defendants in connection with the above captioned matter. This letter is written for the purpose of requesting a one week adjournment of the phone conference scheduled for December 11, 2024 at 11:30 AM. (Docket Entry # 41)

The reason for the request is that based upon Judge Oetken's decision and order of November 4, 2024 (Docket Entry # 40), the Health Fund has decided to readdress the issue as to Mr. Aobad's eligibility for a long term disability benefit. The matter is scheduled to be addressed at the next appeals meeting to be held on December 11, 2024. Once the matter is reassessed, the parties will be in a better position to address the issues remaining in the lawsuit. I have reached out to Mr. Aobad and he has agreed to the adjournment. This is a first request for an adjournment.

Respectfully submitted,

Ira A. Sturm

cc:     Saeed Aobad (By Email : Mr Right saeedinnyc@gmail.com)

The conference is cancelled.  The defendants shall file a letter
by December 18, 2024, informing the Court of the status of
this case.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 4, 2024