UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAEED S. AOBAD                                     :

                                                  Plaintiff,       :       ORDER

                                                              :       23 Civ. 1730 (JPO) (GWG)
  -v.-
                                                              :

BUILDING SERVICE 32 BJ PENSION FUND     :
et al.,
                                                              :

                     Defendants.         :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference to discuss the status of this matter shall take place on Monday April 14, 2025, at 10:30 a.m.

     At the above date and time, the parties shall dial 646-453-4442 and use access code: 982 272 280#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: March 25, 2025
       New York, New York

*[Signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge