# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MEMORANDUM ENDORSED

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*ADMITTED IN NY, NJ AND MD

March 27, 2025

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

Re:   Aobad v. Building Service 32BJ Pension Fund, et al.
      SDNY Docket No 23-CV-1730 (JPO)(GWG)

Dear Magistrate Gorenstein,

The undersigned is counsel to the Defendants in connection with the above captioned matter. This letter is to request an adjournment of the telephone conference presently scheduled for April 14, 2025 at 10:30 am. (Docket Entry # 51)

I have reached out to Plaintiff and he is amenable to rescheduling the telephone conference for April 16, 2025 at 10:30 am.

Respectfully submitted,

Ira A. Sturm

cc:   Saeed Aobad (By Email : Mr Right saeedinnyc@gmail.com)

Conference adjourned to April 16, 2026, at 10:30 a.m. The parties shall dial 646-453-4442 and use access code: 982 272 280#.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 27, 2025